| SOS SECURITY LLC<br>PENNSYLVANIA<br>ONE SECURITY PLAZA<br>1915 ROUTE 46 EAST<br>PARSIPPANY, NJ 07054 | | VOUCHER DATE<br>11 / 23 / 18 | VOUCHER NO.<br>613581 |
|---|---|---|---|

**DEPOSIT**

THIS IS NOT A CHECK

| Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|
| | | $693.36 | Checking |

Arlene Glover
2643 Bonnaffon Street
Philadelphia, PA 19142

19-0000008GloverArlene

190110151136 000001000312000001

**VOUCHER - NON NEGOTIABLE**

| Employee file # | | Employee Name<br>Arlene Glover | | | | Voucher No.<br>613581 | Company Name & Address<br>SOS SECURITY LLC | (973) 402-6600 | |
|---|---|---|---|---|---|---|---|---|---|
| Co.# | Div. # | Dept.# | Clock # | | Soc. Sec. # | | PENNSYLVANIA | | |
| SOSSEC | SOSSSP | | | | 8113 | | ONE SECURITY PLAZA | | |
| Period Start | Period Ending | Check Date | FW= | S 0 | | | 1915 ROUTE 46 EAST | | |
| 11 / 4 / 18 | 11 / 17 / 18 | 11 / 23 / 18 | ST= | 0 | | | PARSIPPANY, NJ 07054 | | |
| EARNINGS | | $866.31 | TAXES | | $172.95 | DEDUCTIONS | $0.00 | NET PAY | $693.36 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 64.00 | 12.930 | $827.52 | $4,822.89 | SSEC | $53.71 | $334.69 | SEIU FT | | $90.00 |
| OVERTIME | | | | $329.72 | MEDI | $12.57 | $78.28 | | | |
| PTO EARNED | 3.00 | 12.930 | $38.79 | $245.67 | FWT | $79.55 | $525.76 | | | |
| | | | | | SWTPA | $26.60 | $165.74 | | | |
| | | | | | EESUTAPA | $0.52 | $3.24 | | | |

CALL HR @ 973-270-2370 TO CONFIDENTIALLY REPORT EMPLOYEE OR 3RD PARTY SUSPICIOUS ACTIVITY INCLUDING TERRORISM, VIOLATION OF COMPANY POLICY OR

| REG HRS | 67.00 | OT HRS | 0.00 | BLENDED OT HRS | 0.00 | BLENDED OT RATE | $0.000 |
|---|---|---|---|---|---|---|---|

| | | | | | Hours | | | Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER | LOCATION | DATE | TOUR | REGULAR | O.T. | HOLIDAY | REGULAR | O.T. | HOLIDAY |
| 19-00 AMERICAN | CARGO - C-6 | 11 / 11 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 5 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 6 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 7 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 8 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 12 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 13 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11 / 15 / 18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |

1/10/2019    3:11:36PM                                                                                                          000001000312000001

SOS SECURITY LLC  
PENNSYLVANIA  
ONE SECURITY PLAZA  
1915 ROUTE 46 EAST  
PARSIPPANY, NJ 07054  

**VOUCHER DATE** 12/7/18  
**VOUCHER NO.** 622947

**DEPOSIT**

## THIS IS NOT A CHECK

Bank T/R #       Bank Account       Deposit Amount $858.05       Description Checking

Arlene Glover  
2643 Bonnaffon Street  
Philadelphia, PA 19142

190118141719 000001000304000001

19-0000008GloverArlene

## VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name Arlene Glover | | | | Voucher No. 622947 | Company Name & Address (973) 402-6600 SOS SECURITY LLC |
|---|---|---|---|---|---|---|
| Co.# SOSSEC | Div. # SOSSSP | Dept# | Clock # | Soc. Sec. # 8113 | | PENNSYLVANIA ONE SECURITY PLAZA |
| Period Start 11/18/18 | Period Ending 12/1/18 | Check Date 12/7/18 | FW= S 0 ST= 0 | | | 1915 ROUTE 46 EAST PARSIPPANY, NJ 07054 |

| EARNINGS | $1,137.84 | TAXES | | $234.79 | DEDUCTIONS | $45.00 | NET PAY | | $858.05 |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD DESCRIPTION | AMOUNT | YTD DESCRIPTION | AMOUNT | | YTD |
| REGULAR | 64.00 | 12.930 | $827.52 | $5,650.41 SSEC | $70.55 | $405.24 SEIU FT | $45.00 | | $135.00 |
| OVERTIME | 8.00 | 19.395 | $155.16 | $484.88 MEDI | $16.49 | $94.77 | | | |
| HOLIDAY | 8.00 | 19.395 | $155.16 | $155.16 FWT | $112.14 | $637.90 | | | |
| PTO EARNED | | | | $245.67 SWTPA | $34.93 | $200.67 | | | |
| | | | | EESUTAPA | $0.68 | $3.92 | | | |

CALL HR @ 973-270-2370 TO CONFIDENTIALLY REPORT EMPLOYEE OR 3RD PARTY SUSPICIOUS ACTIVITY INCLUDING TERRORISM, VIOLATION OF COMPANY POLICY OR

| REG HRS | 80.00 | OT HRS | 0.00 | BLENDED OT HRS | 0.00 | BLENDED OT RATE | $0.000 |
|---|---|---|---|---|---|---|---|

| | | | | | Hours | | | Rate | |
|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER | LOCATION | DATE | TOUR | REGULAR | O.T. | HOLIDAY | REGULAR | O.T. | HOLIDAY |
| 19-00 AMERICAN | CARGO - C-6 | 11/18/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | CARGO - C-6 | 11/25/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/19/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/20/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/21/18 | 7:00 - 15:00 | 0.00 | 8.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/22/18 | 7:00 - 15:00 | 0.00 | 0.00 | 8.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/26/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/27/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EXPEDIATE | 11/29/18 | 7:00 - 15:00 | 8.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EQUIPMENT ROO | 11/19/18 | 21:00 - 0:00 | 3.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |
| 19-00 AMERICAN | EQUIPMENT ROO | 11/20/18 | 0:00 - 5:00 | 5.00 | 0.00 | 0.00 | 12.930 | 19.395 | 19.395 |

Evans Group LLC
3107 W Diamond St
Philadelphia, PA 19121

CHECK NO. 017028

DATE: 11/09/2018
AMOUNT: ****$422.22

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *********024 | 211.11 |
| ********* | *********024 | 211.11 |

TO THE ORDER OF: Arlene Glover
2643 Bonnafton St
Philadelphia, PA 19142

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. 100 | EMPLOYEE NAME Glover, Arlene | PERIOD BEG. 10/28/2018 | PERIOD END 11/03/2018 | CHECK NUMBER 017028 | CHECK DATE 11/09/2018 |
|---|---|---|---|---|---|---|

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | 42.000 | 546.00 | 12025.00 | Fed Withhold | 43.74 | 521.04 |
| | | | | Soc Security | 33.85 | 745.55 |
| | | | | Medicare | 7.91 | 174.36 |
| | | | | PA State W/H | 16.76 | 369.14 |
| | | | | State Other PASO1 | .33 | 7.22 |
| | | | | PAPHLW Philadelphia | 21.00 | 449.00 |
| | | | | (RES PHILA-RES ) | | |

2643 Bonnafton St
Philadelphia, PA 19142

Federal Marital Status:  S
Federal Exemptions:  1

PA State Marital Status:  S
PA State Exemptions:  1

Company Name: Evans Group LLC, DBA: Compassionate Kinfolk
Company Address: 3107 W Diamond St, Philadelphia, PA 19121, Tel: 267-639-4602

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 13.0000 | 546.00 | 123.59 | 422.22 | 12025.00 | 2266.31 | 9740.37 |

**Evans Group LLC**
3107 W Diamond St
Philadelphia, PA 19121

CHECK NO. 017181
DATE: 11/16/2018
AMOUNT: ****$220.78

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *********024 | 110.39 |
| ********* | *********024 | 110.39 |

TO THE ORDER OF:
Arlene Glover
2643 Bonnafton St
Philadelphia, PA 19142

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| | 100 | Glover, Arlene | | 11/04/2018 | 11/10/2018 | 017181 | 11/16/2018 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | 21.000 | 273.00 | 12298.00 | Fed Withhold | 12.20 | 533.24 |
| | | | | Soc Security | 16.93 | 762.48 |
| | | | | Medicare | 3.96 | 178.32 |
| | | | | PA State W/H | 8.38 | 377.52 |
| | | | | State Other PASO1 | .16 | 7.38 |
| | | | | PAPHLW Philadelphia | 10.00 | 459.00 |
| | | | | (RES PHILA-RES  ) | | |

2643 Bonnafton St
Philadelphia, PA 19142

Federal Marital Status:   S
Federal Exemptions:   1

PA State Marital Status:   S
PA State Exemptions:   1

Company Name:  Evans Group LLC, DBA: Compassionate Kinfolk
Company Address:  3107 W Diamond St, Philadelphia, PA 19121, Tel: 267-639-4602

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 13.0000 | 273.00 | 51.63 | 220.78 | 12298.00 | 2317.94 | 9961.15 |

Evans Group LLC
3107 W Diamond St
Philadelphia, PA 19121

CHECK NO.
017341

DATE: 11/21/2018
AMOUNT: ****$220.79

PAY VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *********024 | 110.39 |
| ********* | *********024 | 110.40 |

TO THE ORDER OF:
Arlene Glover
2643 Bonnafton St
Philadelphia, PA 19142

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. | EMPLOYEE NAME | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|
| | 100 | Glover, Arlene | 11/11/2018 | 11/17/2018 | 017341 | 11/21/2018 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | 21.000 | 273.00 | 12571.00 | Fed Withhold | 12.20 | 545.44 |
| | | | | Soc Security | 16.92 | 779.40 |
| | | | | Medicare | 3.96 | 182.28 |
| | | | | PA State W/H | 8.38 | 385.90 |
| | | | | State Other PASO1 | .16 | 7.54 |
| | | | | PAPHLW Philadelphia | 10.00 | 469.00 |
| | | | | (RES PHILA-RES  ) | | |

2643 Bonnafton St
Philadelphia, PA 19142

Federal Marital Status:    S
Federal Exemptions:        1

PA State Marital Status:   S
PA State Exemptions:       1

Company Name:     Evans Group LLC, DBA: Compassionate Kinfolk
Company Address:  3107 W Diamond St, Philadelphia, PA 19121, Tel: 267-639-4602

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 13.0000 | 273.00 | 51.62 | **220.79** | 12571.00 | 2369.56 | 10181.94 |

Evans Group LLC
3107 W Diamond St
Philadelphia, PA 19121

CHECK NO.
017496

DATE: 11/30/2018
AMOUNT: ****$220.77

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *********024 | 110.38 |
| ********* | *********024 | 110.39 |

TO THE ORDER OF: Arlene Glover
2643 Bonnafton St
Philadelphia, PA 19142

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| | 100 | Glover, Arlene | | | 11/18/2018 | 11/24/2018 | 017496 | 11/30/2018 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | 21.000 | 273.00 | 12844.00 | Fed Withhold | 12.20 | 557.64 |
| | | | | Soc Security | 16.93 | 796.33 |
| | | | | Medicare | 3.96 | 186.24 |
| | | | | PA State W/H | 8.38 | 394.28 |
| | | | | State Other PASO1 | .17 | 7.71 |
| | | | | PAPHLW Philadelphia | 10.00 | 479.00 |
| | | | | (RES PHILA-RES  ) | | |

2643 Bonnafton St
Philadelphia, PA 19142

Federal Marital Status:     S
Federal Exemptions:         1

PA State Marital Status:    S
PA State Exemptions:        1

Company Name:     Evans Group LLC, DBA: Compassionate Kinfolk
Company Address:  3107 W Diamond St, Philadelphia, PA 19121, Tel: 267-639-4602

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 13.0000 | 273.00 | 51.64 | **220.77** | 12844.00 | 2421.20 | 10402.71 |