JESSE A.P. BAKER, OSB No. 100017
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for   Lakeview Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| In re<br><br>JEREMY DANIEL BRANHAM and CHARLOTTE CHRISTINE BRANHAM,<br><br>Debtor(s). | Case No. 18-63567-pcm13<br><br>Chapter 13<br><br>**PROOF OF SERVICE BY MAIL** |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years and not a party to this case.

On April 5, 2019, I caused the NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES to be served in said case by electronic means through the court's CM/ECF system or through United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa Gonzalez
MELISSA GONZALEZ

- 1 -

**SERVICE LIST**

**DEBTOR(S)**
**(VIA US MAIL)**

Jeremy Daniel Branham
Charlotte Christine Branham
PO Box 151
Mount Angel, OR 97362

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

BRIAN D TURNER
Turner Law, PC
Turner Law, PC
1631 NE Broadway #120
Portland, OR 97232
brian@cascadebk.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Naliko Markel
400 E. 2nd Ave  Ste 200
Eugene, OR 97401
ecf@eugene13.com

**U.S.TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2706
USTPRegion18.EG.ECF@usdoj.gov