IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ARLENE GLOVER,

          Debtor(s).

Case No. 18-17780 ELF
Chapter 13

### ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this ___24th___ day of _____June_____, 201_9_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of ~~$5,000.00~~ $4,500.00 is allowed and the balance due to counsel in the amount of **$3,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**