United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17780-elf
Arlene Glover                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jun 24, 2019
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Arlene Glover,    2643 Bonnaffon Street,    Philadelphia, PA 19142-2717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 25 2019 03:09:59    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:22
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                         TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC
                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          MICHAEL A. CATALDO2   on behalf of Debtor Arlene  Glover ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Arlene  Glover ecf@ccpclaw.com, igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
          Liability Company bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ARLENE GLOVER,<br><br>　　　　　　　Debtor(s). | Case No. 18-17780 ELF<br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

      **AND NOW**, this \_\_\_24th\_\_\_ day of _____June_____, 201\_9\_\_, upon consideration of

the Application for Compensation, it is

                                                   $4,500.00

      **ORDERED** that compensation of ~~$5,000.00~~ is allowed and the balance due to counsel in the

amount of **$3,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**