# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-17780-ELF

ARLENE GLOVER

2643 BONNAFFON STREET

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ARLENE GLOVER

    2643 BONNAFFON STREET

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                          /S/ William C. Miller

Date: 2/3/2020                                        _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee