# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :        CHAPTER 13
Arlene Glover

DEBTOR                         :        BKY. NO.  18-17780ELF13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

                                        Respectfully Submitted,

Date:  May 5, 2020                              _____s/_____
                                                    MICHAEL A. CATALDO, ESQUIRE
                                                    CIBIK & CATALDO, P.C.
                                                    1500 WALNUT  STREET, STE. 900
                                                    PHILADELPHIA, PA  19102
                                                    (215) 735-1060