**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          CHAPTER 13

Arlene Glover
          DEBTOR                      :     BKY. NO.  18-17780ELF13


**ORDER**


          AND NOW, this          day of                    2020, upon consideration of

Debtor's Motion to Modify Chapter 13 plan after Confirmation

          It is hereby Ordered that the motion is Granted and the *Second*

*Modified Plan*  filed May 11, 2020 as document number 49 is approved.

                              By the Court:


                              _____
                              Hon. Eric L. Frank
                              U.S. BANKRUPTCY JUDGE