United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arlene Glover  
    Debtor

Case No. 18-17780-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: May 15, 2020  
                  Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
db    +Arlene Glover,    2643 Bonnaffon Street,    Philadelphia, PA 19142-2717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov May 16 2020 02:51:16     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2020 02:51:01
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2020 02:51:14      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
       MICHAEL A. CATALDO2    on behalf of Debtor Arlene  Glover ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor Arlene  Glover ecf@ccpclaw.com, igotnotices@ccpclaw.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
        Liability Company bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                       TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ARLENE GLOVER, | : | |
| Debtor | : | Bky. No. 18-17780 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #49 ) is **APPROVED**.

**Date: May 14, 2020**

                                                              _____
                                                              **ERIC L. FRANK**
                                                              **U.S. BANKRUPTCY JUDGE**