# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Arlene Glover<br>           Debtor(s)<br><br>Bayview Loan Servicing, LLC, a Delaware Limited<br>Liability Company, its successors and/or assigns<br>           Movant<br>      vs.<br>Arlene Glover<br>           Debtor(s)<br><br>William C. Miller Esq.<br>           Trustee | CHAPTER 13<br><br><br>NO. 18-17780 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, which was filed with the Court on or about **July 30, 2020** under document number 56.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

August 3, 2020